# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SOPHEAY TON,

V.

WELLS FARGO BANK, NA; WELLS
FARGO HOME MORTGAGE,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv2276-JM(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the motion to dismiss for failure to prosecute is granted with prejudice.............................................
............................................................................................................................................................

| March 5, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON March 5, 2010

09cv2276-JM(AJB)